

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 6, 2024

2023-1056 - Future Link Systems, LLC v. Realtek Semiconductor Corporation

# NOTICE OF NON-COMPLIANCE

The document (Motion for Extension of Time) submitted by Realtek Semiconductor Corporation is not in compliance with the rules of this court. Within <u>five business days</u> from the date of this notice, please submit a corrected version of this document correcting the following:

- The document does not contain a Certificate of Interest. Fed. Cir. R. 47.4(b).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: A. Kleydman, Deputy Clerk